■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KURT CHICHESTER, GARY VALLEAU, DANIEL BRAUSCH and THOMAS BRAUSCH, Appellants. — Four judgments (one as to each defendant) of the Supreme Court, Suffolk County (Jaspan, J.), each rendered February 1, 1982, affirmed. No opinion. These cases are remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Weinstein, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEE DAVIS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Wilowski, J.), rendered April 17, 1980, convicting him of attempted robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Review of the record in its entirety reveals that trial counsel provided meaningful representation (see *People v Baldi,* 54 NY2d 137; cf. *People v Butler,* 94 AD2d 726). Lazer, J. P., Mangano, Thompson and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL L. DEATHERAGE, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered April 26, 1982, affirmed. No opinion. The case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., O'Connor, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS FAULKNER, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered January 9, 1979, convicting him of attempted robbery in the first degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised upon appeal. The defendant was contacted by counsel and asked what issues he wished raised. He has failed to offer any. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Damiani, J. P., Titone, Lazer and Mangano, JJ., concur.